FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 FEB 2 AM 11:42
CLERK_____
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| JOHN SMALLWOOD | ) | |
| | ) | |
| v. | ) | CV 514-87 |
| | ) | |
| TIMOTHY DALE DAVIS, et al | ) | |

## ORDER

The Plaintiff has filed a Verified Motion for Award of Costs and Attorneys' Fees (doc 23). This motion is hereby DENIED at this time. The Plaintiff is not precluded from refiling this motion at the conclusion of the above captioned case.

**SO ORDERED**, this ___ day of February, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA