# United States District Court
## *Southern District of Georgia*
Waycross Division

| | | |
|---|---|---|
| JOHN SMALLWOOD | ) | |
| | ) | CASE NUMBER CV514-87 |
| vs | ) | |
| T&A FARMS, et al | ) | |
| | ) | |

### ORDER

The petit jury selected for trial of the captioned case, being sequestered during the trial and consideration of said case by direction of this Court, is to be fed its regular meal at a place appropriate for the feeding of said jury. The Clerk for the Southern District of Georgia is hereby directed, pursuant to the provisions of Title 28, U.S.C. § 1871, to disburse to said eating establishment the sum so billed for these meals.

**SO ORDERED**, this ___26___ day of _____April_____, 2017.

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
4/26 2017
Deputy Clerk

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA