AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN SMALLWOOD

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV514-87

T&A FARMS,
TIMOTHY DALE DAVIS
ALPHINE DAVIS,
STACEY DINWIDDIE

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Jury Verdict signed April 26, 2017, the Jury finds in favor of the Defendants on all claims.

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

5/2 20 17

Deputy Clerk

Approved by: _____
Chief Judge, Lisa Godbey Wood

05/02/2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03